

# NUMBER 13-08-00374-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

ILP, L.L.C., ERNESTO GONZALEZ, AND
MARIA DEL ROSARIO GONZALEZ,                         Appellants,

v.

HARBOR CAPITAL, L.L.C.,                                   Appellee.

---

On Appeal from the 389th District Court
of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Vela**
**Memorandum Opinion Per Curiam**

Appellants, ILP, L.L.C., Ernesto Gonzalez, and Maria Del Rosario Gonzalez, perfected an appeal from a judgment entered by the 389th District Court of Hidalgo County, Texas, in cause number C-003-08-H, in favor of appellee, Harbor Capital, L.L.C.

Appellants and appellee have filed a joint motion to dismiss the appeal on grounds that the trial court dissolved the temporary injunction that was the basis of this appeal, thereby making the issues in this appeal moot. Appellants and appellee request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered
and filed this 29th day of July, 2008.